UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Sean G. Felder | |
|---|---|
| V. | |
| United States Tennis Association | |

No. 17 Civ. 5045 (ER)

LAW STUDENT INTERN
APPEARANCE FORM

1. Law Student Certification

    I certify that:

    (a) I am duly enrolled in  Fordham  law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.
    (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.
    (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.
    (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

    April 26, 2022
    (date)

    _Virginia Karnes_
    (Signature of Student)

    Virginia Karnes
    (Print Name)

2. Certification of Law School Dean or Authorized Designee

    I certify that this student:

    (a) has completed at least two semesters of law school work and is a participant in an approved clinical program;
    (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and
    (c) that  Ian Weinstein , who will serve as supervising attorney, is a participant in a clinical program approved by this school.

    April 26, 2022
    (date)

    _(signature)_
    (Signature of Dean or Authorized Designee)

    Michael Martin
    (Print Name)

    Authorized Designee
    (Position of Above)

3. Consent of Supervising Attorney

As a member of the bar of the United States District Court for the Southern District of New York, I will:

(a) assume personal professional responsibility for this student's work;
(b) assist this student to the extent necessary;
(c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
(d) appear with this student in all proceedings before the Court.

April 26, 2022
(date)

*(Signature of Attorney)*

**Ian Weinstein**
(Print Name)

4. Consent of Client or United States Attorney

I authorize this student:

(a) to appear in court or at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

April 26, 2022
(date)

*(Signature of Attorney)*

**Sean G. Felder**
(Print Name)

(If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of Judge

I authorize this student:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

April 28, 2022
(date)

*(Signature of Judge)*

**Hon. Edgardo Ramos**
(Print Name)

The Clerk of the Court is respectfully directed to terminate the motion, doc. 73.