UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SEAN G. FELDER,

                                    Plaintiff,

        -against-

UNITED STATES TENNIS ASSOCIATION
and REED SMITH LLP,

                                    Defendants.
-------------------------------------------------------------------X

**ORDER RESCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

**17-CV-5045 (ER)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        This case has been referred to me for settlement purposes (docket no. 74).  The

telephone conference scheduled on Thursday, May 19, 2022, at 10:00 a.m. in advance of a

settlement conference is hereby rescheduled to **Tuesday, May 31, 2022 at 4:30 p.m.**  The

parties are directed to review Judge Parker's Individual Practices at

http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the

call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line

at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

        SO ORDERED.

Dated: May 3, 2022
          New York, New York

_____
        KATHARINE H. PARKER
        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/03/2022